**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LOCAL 553, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

                    Petitioner,                    24 **CIVIL** 9421 (KPF)

          -against-                           **JUDGMENT**

FRED SCHILDWACHTER & SONS, INC.,

                  Respondent.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 18, 2025, the Award is CONFIRMED and Respondent is ORDERED to comply with the Award. The Court has also awarded pre-judgment interest at a rate of 9% annually from the date of the Award, February 13, 2024, to the date of the entry of judgment in this case, with such interest to be calculated after the audit is completed. Post-judgment interest will accrue at the statutory rate under 28 U.S.C. § 1961. Petitioner's request for attorneys' fees and costs is DENIED. Judgment is entered in favor of Petitioner; accordingly, the case is closed.

**Dated**: New York, New York
          August 18, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                         **BY:**              *K. Mango*

                                                         **Deputy Clerk**